**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
John Robinett, Esq. (614) 462-2218     11N11974

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

National Service Information, Inc.
145 Baker Street
Marion, OH 43302

Precision Corporate Services, Inc.
Email:UCC@Precisioncorp.com
P.O. Box 960141
Boston, MA 02196

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

1a. ORGANIZATION'S NAME: **InfoMotion Sports Technologies Inc.**

1c. MAILING ADDRESS: 5990 Wilcox Place, Suite D
CITY: Dublin
STATE: OH
POSTAL CODE: 43016
COUNTRY: USA

1e. TYPE OF ORGANIZATION: corporation
1f. JURISDICTION OF ORGANIZATION: Massachusetts
1g. ORGANIZATIONAL ID #: MA000989951

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - (none)

3. SECURED PARTY'S NAME

3a. ORGANIZATION'S NAME: **Director of Development of the State of Ohio**

3c. MAILING ADDRESS: 77 South High Street, 28th Floor
CITY: Columbus
STATE: OH
POSTAL CODE: 43215
COUNTRY: USA

4. This FINANCING STATEMENT covers the following collateral:

All assets and personal property of the Debtor, now or hereafter owned or acquired, and all proceeds thereof.

8. OPTIONAL FILER REFERENCE DATA
Massachusetts Secretary of State

FILING OFFICE COPY — UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)

International Association of Commercial Administrators (IACA)