**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
Laura Hult, Esq. (614) 462-1109

B. E-MAIL CONTACT AT FILER (optional)

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

Ice Miller LLP
250 West Street, Suite 700
Columbus, Ohio  43017

SECRETARY
COMM
2013 NOV 19  AM 11: 16
CORPORATION DIVISION

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b)...

1a. ORGANIZATION'S NAME: Infomotion Sports Technologies, Inc.

1c. MAILING ADDRESS: 6625 Dublin Center Drive
CITY: Dublin
STATE: OH
POSTAL CODE: 43017
COUNTRY: USA

2. DEBTOR'S NAME: ...

3. SECURED PARTY'S NAME...

3b. INDIVIDUAL'S SURNAME: Verbance
FIRST PERSONAL NAME: David

3c. MAILING ADDRESS: 1025 Urlin Avenue
CITY: Columbus
STATE: OH
POSTAL CODE: 43213
COUNTRY: USA

4. COLLATERAL: This financing statement covers the following collateral:

All assets of the Debtor, now existing or hereafter acquired, and all proceeds and products thereof.

8. OPTIONAL FILER REFERENCE DATA:
Filed with Massachusetts Secretary of State                                889309-2

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)
International Association of Commercial Administrators (IACA)