UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re INFOMOTION SPORTS
TECHNOLOGIES, INC.,

Debtor

Docket No. 16-10724

Chapter 11

## CERTIFICATE OF SERVICE

On this day, March 1, 2016, I have served or caused to be served the following documents:

- Motion of the Debtor for Interim and Permanent Orders Authorizing the Use of Cash Collateral, [Document 9];

- Affidavit of Michael Crowley in Support of the Motion of the Debtor for Interim and Permanent Orders Authorizing the Use of Cash Collateral, [Document 10].

- Application to Employ Grolman, LLP, [Document 11];

- Proposed Order on Application to Employ Grolman, LLP, [Document 12];

- Affidavit of Ira H. Grolman in Support of the Application to Employ Grolman, LLP, [Document 13];

- Application to Employ Beanstalk CFO Group, [Document 14]; and

- Affidavit of Sarah MacKenzie in Support of the Application to Employ Beanstalk CFO Group, [Document 15];

These documents were served on the following by first class mail:

- State of Ohio, Ohio Department of Development, 77 S High St, Columbus, OH  43215-6108;

- Bridlespur Partners Two, LLC, 7500 Bridlespur Ln, Delaware, OH 43015-3557;

- David Schoedinger, 229 E State St, Columbus, OH 43215-4342;

- David Verbance, 1025 Urlin Ave, Columbus, OH  43212-3322;

- Day Capital Group, LLC, 290 Quarry Rd, Washington, PA  15301-2958;

- John Mokas, 52 Preston Rd, Columbus, OH  43209-1651;

1

- Sanjay Dolwani, 6424 S Glory Ct, Gilbert, AZ  85298-4893;

- Thomas Crowley, 3530 Candleberry Ct, Bonita Springs, FL  34134-1904;

- Wiltshire Partners III, LLC, 191 W Nationwide Blvd Ste 600, Columbus, OH  43215-2569;

- Brennan, Manna & Diamond, 250 Civic Center Dr Ste 300, Columbus, OH  43215-5059;

- American Electric Power, 200 Cordwainer Dr, Norwell, MA  02061-1671;

- Aramark Refreshment Services, 378 University Ave, Westwood, MA  02090-2311;

- Chase Card Services, PO Box 15298, Wilmington, DE  19850-5298;

- Clark, Schaefer, Hackett, 4449 Easton Way # 400, Columbus, OH  43219-7002;

- Columbia Gas Ohio, 126 Leader St, Marion, OH  43302-2920;

- Dek Marketing Group, 251 Sudbury Rd, Bay Head, NJ  08742-2059;

- Direct Energy Ohio, 21 E State St, Columbus, OH  43215-4281;

- Federal Express, FedEx Corp. Revenue Services, 3965 Airways Blvd Memphis, TN  38116-5017;

- Ice Miller LLP, 600 Superior Ave E Ste 1701, Cleveland, OH  44114-2614;

- IMG College, 540 N Trade St, Winston Salem, NC  27101-2915;

- Lathrop & Gage LLP, 28 State St, Boston, MA  02109-1775;

- National Registered Agents, 303 Congress St Fl 2, Boston, MA  02210-1002;

- Russell Brands, LLC, PO Box 90015, Bowling Green, KY  42102-9015;

- SEA Electronics, Angle Voie 11-12, Zone Industrielle, Sidi Abdelhamid, Sousse, Cedex Tunisia 4061;

- SOS Network, 49 Pier Ave, Hermosa Beach, CA  90254-3776;

- The Hartford, 31 Saint James Ave, Boston, MA  02116-4101; and

- Whittingham Capital LLC, 6615 Dublin Center Dr, Dublin, OH  43017-5077.

The documents were also served on the Office of the United States Trustee by ECF.

Respectfully submitted,

/s/ Ira. H. Grolman
Ira H. Grolman, BBO No. 556709
GROLMAN, LLP
The Electric Carriage House
321 Columbus Ave., 6th Fl.
Boston, MA 02116
Ph: (617) 859-8966
Fax: (617) 859-8903
ira@grolmanllp.com