UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF MASSACHUSETTS

In re:

Infomotion Sports Technologies, Inc.
    Debtor.

Case No.  16-10724-JNF

Chapter 11

## FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF INTELLECTUAL PROPERTY COUNSEL TO CHAPTER 11 DEBTOR IN POSSESSION

Pursuant to sections 326 and 330 of the United States Bankruptcy Code, 11 U.S.C. § 101 *et seq.*, Rule 2016 of the Federal Rules of Bankruptcy Procedure and MLBR 2016-1, Fish and Richardson, P.C. ("Fish"), intellectual property counsel to Infomotion Sports Technologies, Inc., the debtor and debtor-in-possession herein (the "Debtor") hereby submits this first interim application for compensation and reimbursement for expenses for services provided as intellectual property counsel to the Debtor between March 1, 2016, and May 31, 2016 (the "Application Period), and moves for an order:

1.    Allowing Fish interim compensation of $4,034.50 for legal services rendered to the Debtor during the Application Period;

2.    Allowing Fish reimbursement of expenses of $3,409.70 for the Application Period; and

3.    Authorizing Fish to apply $3,409.70 of its $4,972.00 retainer in payment of expenses, and $1,562.30 of its retainer in payment of allowed fees.

In support of this application, Fish respectfully states the following:

### Background

1.    On March 1, 2016 (the "Petition Date"), the Debtor commenced this case by filing a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code, 11 U.S.C. § 101 *et seq.*, (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Massachusetts. The Debtor has continued as debtor-in-possession during the Chapter 11 case.

2.    The Debtor was originally represented by Grolman, LLP ("Grolman").

3.    On March 1, 2016, Grolman filed an Application For An Order Of Employment Of Fish And Richardson As Intellectual Property Counsel For The Debtor Pursauant To Fed. R. Bankr. P. 2014(A) (the "First Employment Motion").

4.    On March 1, 2016, the Court issued an Order of Deficiency with respect to the First Employment Motion. The deadline to cure the deficiency was March 8, 2016.

5.    On March 15, 2016, the Debtor filed a second Application to Employ Fish and Richardson as Intellectual Property Counsel for the Debtor Pursuant to Fed. R. Bankr. P. 2014(a) (the "Second Motion to Employ").

6.    On April 13, 2016, the Court approved the Second Motion to Employ.

### Services Rendered

7.    On February 26, 2016, prior to the Filing date, Fish received $10,000 from Infomotion as a security retainer (the "Security Retainer") to cover future monthly invoices. Fish applied $5,028.00 of the Security Retainer to the legal services incurred from February 3, 2016, to February 29, 2016, and has been holding the remaining $4,972.00 of the Security Retainer in Fish's client funds account on behalf of Infomotion. During the "Application Period," Fish performed the services described in the attached Narrative of Services Rendered.

8.    In performing its duties on behalf of the Trustee and the Debtor's estate, Fish expended 16.20 hours of time during the Application Period. At this time, Fish seeks approval for interim compensation in the amount of $4,034.50 for services provided in the Application Period. In addition, Fish seeks reimbursement of $3,409.70 in out-of-pocket expenses incurred. Fish seeks to apply $3,409.70 of its $4,972.00 retainer in payment of the approved expenses, and the remainder of its retainer, $1,562.30, in payment of allowed fees.

9.    Fish has not received any portion of its fees or expenses since the commencement of this case. In accordance with MLBR 2016-1, a detailed itemization and summary of services provided by Fish to the Debtor is attached hereto. Also attached is a description of Fish, its organization, and a brief description of its qualifications to provide services to the Debtor.

10.    All of the foregoing legal services were required in the administration of the

Debtor's bankruptcy estate. Fish submits that the fees and expenses requested herein are reasonable compensation for the services provided to the Debtor's estate. Fish has not received any portion of its fees or expenses since the commencement of this case. No agreement or understanding exists between Fish or any other person for sharing of the compensation received or to be received in this case.

WHEREFORE, Fish requests that this application be approved by this court; that it be allowed interim compensation in the amount of $4,034.50 as compensation for services rendered through the Application Date and $3,409.70 for reimbursement of expenses; and that it be allowed to apply its $4,972.00 retainer in payment of the approved expenses as fees as set forth above.

Dated: June 8, 2016.

Fish & Richardson P.C.

/s/

J. PATRICK FINN III

Fish & Richardson P.C.
3200 RBC Plaza
60 South Sixth Street
Minneapolis, MN 55402
Ph: (612) 337-2554
Fax: (612) 288-9696

**Itemization of Professional Services & Admin. Expenses Claims**

I. Claimant:     Fish and Richardson, P.C.

| | |
|---|---|
| Amount Requested | $7,444.20 |
| Total Compensation | $4,034.50 |
| Total Expenses | $3,409.70 |
| | $7,444.20 |
| Less Balance of Retainer | ($4,972.00) |
| Balance Due | $2,472.20 |

# Biographies

**J. Patrick Finn III** is the Managing Principal of the Twin Cities office of Fish & Richardson. His practice emphasizes patent preparation and prosecution, strategic portfolio management, patentability and freedom-to-operate searching and analysis, inter partes review (IPR) proceedings, opinions, due diligence investigations, licensing and counseling in the medical biotechnology, agricultural biotechnology, diagnostic, pharmaceutical, and medical science fields.

His projects have involved subject matter such as novel nucleic acid constructs, engineered antibodies, gene therapies, vaccines, antisense therapeutics, RNA interference therapeutics, genome editing techniques, stem cells, transgenic plants, transgenic animals, proteomics, transcription factors, regulator elements, cell culture techniques, high-throughput screening assays, diagnostic assays and agents, microarrays, medical devices, and potential treatments for diseases such as cardiovascular disease, cancer, allergy, arthritis, diabetes, and Alzheimer's Disease. Dr. Finn works with universities, pharmaceutical companies, medical device companies, investment firms, and emerging and established companies in the field of biotechnology. His licensing experience includes university/industry collaborations, patent out-licensing and in-licensing programs, and joint ventures.

As a PhD candidate at the University of California, Los Angeles, Dr. Finn acquired extensive experience in molecular and cellular biology. In particular, he regularly performed molecular cloning and protein purification techniques as well as analytical activity assays such as transport assays designed to measure neurotransmitter transport into vesicles. One focus of Dr. Finn's graduate work involved a structural and functional characterization of vesicular transport proteins such as the vesicular monoamine transporters (VMATs).

Patrick received his B.S. in Biology from Pennsylvania State University in 1991, his Ph. D. in Microbiology and Immunology from the University of California, Los Angeles in 1997, and his J.D. from William Mitchell College of Law in 2002.

**Paul Western** is an Associate in the Twin Cities office of Fish & Richardson. Prior to joining Fish, Mr. Western was a Product Manager and Project Engineer with 3M Company, and later, a General Manager of Manufacturing with Terumo Cardiovascular. He also has extensive patent experience from his time with the University of Michigan Office of Technology Transfer.

An experienced intellectual property attorney with a practice focusing on patent preparation, prosecution, and strategic IP portfolio management, Paul counsels clients on best practices for developing strong patents and valuable IP assets domestically and internationally. He also regularly conducts patentability, freedom-to-operate, product clearance, due diligence, infringement, and invalidity analyses on their behalf. The focus of his technical expertise is largely in medical devices and mechanical technologies.

Paul received his B.S. in Mechanical Engineering from North Dakota State University in 1984, and his J.D. from the University of Michigan Law School in 2011.

**John Adkisson** is a principal in the Twin Cities office of Fish & Richardson, specializing in patent infringement litigation, pharmaceutical litigation and trade secrets litigation. Mr. Adkisson represents Fortune 500 clients in patent jury trials, and Mr. Adkisson has served as trial counsel in numerous patent infringement cases across the country. In addition to his work in district court, Mr. Adkisson has also argued numerous

post-grant proceedings before the United States Patent Trial and Appeal Board. Mr. Adkisson represents clients in a variety of technology areas, including molecular biology, polymer chemistry and retroreflective optics. Among Mr. Adkisson's clients is 3M Company, which Mr. Adkisson has represented in more than 20 patent and trademark cases since 2001. In 2015, the National Law Journal profiled Mr. Adkisson's longstanding successful work for 3M in an article linked here. Mr. Adkisson also serves as the Hiring Principal for Fish's Twin Cities Office. For the past three years, Mr. Adkisson has been named as a Minnesota Super Lawyer, and in 2015 and 2016, he was selected for inclusion in Best Lawyers in America®.

John received his B.A. from the University of Nebraska in 1993 and his J.D. from the University of Wisconsin, Madison in 1996.

John P. McCormick is an Associate in the Boston office of Fish & Richardson. Mr. McCormick's practice focuses on trademark portfolio development and management, as well as the clearance, prosecution, and enforcement of trademarks and copyrights in the U.S. and internationally. In addition, Mr. McCormick has experience with intellectual property litigation, domain name disputes, and conducting due diligence regarding intellectual property rights for acquisitions and sales.John received his B.A. in History from St. Michael's College in 2011 and his J.D. from the University of New Hampshire School of Law in 2014.

Jason Zucchi is a Principal in Fish's Twin Cities office. Jason has significant experience with GPS and mobile app technologies. He also has experience with a wide variety of other technologies, including telecommunications, micro-electronics, telematics, mobile payments, VoIP, and medical devices. Jason has successfully litigated intellectual property cases in courts throughout the United States. Jason further advises clients concerning the licensing of their intellectual property, patenting strategies, and various other intellectual property matters. He also counsels emerging businesses seeking to commercialize and protect their innovations.Jason received his B.S. in Behavior Science, Law and Psychology from the University of Wisconsin in 2002 and his J.D. from the University of Minnesota Law School in 2007.

Mari Bohnhoff is a Technology Specialist with Fish & Richardson P.C. Her practice supports patent prosecution and litigation in the area of biology, life sciences, and biochemistry.
Ms. Bohnhoff's previous experience includes working as a Clinical Laboratory Technologist for the Cytopathology Lab at the Mayo Clinic, where she performed analyses on biological specimens, e.g. blood and urine, to aid health care providers in the diagnosis and treatment of patients. She also worked as a Laboratory Preparations Assistant for St. Olaf College. Mari received her B.A. from St. Olaf College in 2005.

Cynthia Walden is a Principal in Fish & Richardson's Boston office, and the firm's Trademark and Copyright Practice Group Leader. Ms. Walden is well-known for providing insightful and business minded advice to clients on all aspects of brand protection and enforcement in the United States and in foreign countries around the world. Over the past 19 years, Ms. Walden has cultivated expertise in the array of issues that arise in connection with developing, using, registering, licensing, and enforcing trademarks.

Ms. Walden's practice includes working with clients on all aspects of trademark law, including building and developing strategic global portfolio and brand management

plans. With significant experience evaluating and managing her clients' global trademark portfolios, Ms. Walden also regularly counsels clients on how to maximize the value of their trademarks through efficient and strategic protection and enforcement in the United States and in countries worldwide. Her expertise extends into opposition and cancellation matters before the Trademark Trial and Appeal Board (TTAB) and litigating trademark and false advertising matters in federal courts.

In addition to her significant experience on trademark issues, Ms. Walden advises clients on branding, advertising, corporate due diligence, and trademark licensing matters. She also works with clients on Internet trademark issues, including domain name matters, the use or misuse of trademarks in social media, and the host of related copyright, right of publicity, privacy, unfair competition and fair use issues that are often intertwined. Clients also turn to Ms. Walden for counsel on the protection and enforcement of copyrights. Cynthia received her A.B. in Art History from Dartmouth College in 1990 and her J.D. from Duke University School of Law in 1995.

UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS

Proceeding Memorandum/Order of Court

**In Re:** InfoMotion Sports Technologies, Inc.     **Case Number:** 16-10724          **Ch:** 11

**MOVANT/APPLICANT/PARTIES:**

#60 Application of Debtor to Employ Fish and Richardson as Intellectual Property Counsel
(Warren Agin)
(Objections due by 4/6/2016)

**OUTCOME:**

_____Granted_____Denied_____Approved_____Sustained

_____Denied_____Denied without prejudice_____Withdrawn in open court_____Overruled

_____OSC enforced/released

_____Continued to:_____For:_____

_____Formal order/stipulation to be submitted by:_____Date due:_____

_____Findings and conclusions dictated at close of hearing incorporated by reference

_____Taken under advisement: Brief(s) due_____From_____

Response(s) due_____From_____

_____Fees allowed in the amount of: $_____Expenses of: $_____

_____No appearance/response by:_____

__#60___DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Hearing held.  No objections having been filed, the Application of Debtor to Employ Fish and Richardson is approved under 11 U.S.C. Section 327(e) with all compensation and expenses to be approved upon the filing of an appropriate application for compensation.

IT IS SO NOTED:                          IT IS SO ORDERED;

_____              ___                                     Dated: 04/13/2016

Courtroom Deputy                         Joan N. Feeney, U.S. Bankruptcy Judge



Beanstalk CFO Group
Sarah McKenzie
330 W Spring St.
Suite 205
Columbus, OH 43215

| | |
|---|---|
| Invoice Date: | 04/29/2016 |
| Invoice Number: | 1563198 |
| Client Number: | 24986 |
| Client File #: | |

For professional services and disbursements through March 31, 2016:

## **Summary by Matter**

| Matter Number | Matter Name | Fees ($) | Disb. ($) | Trust/ Retainer Unallocated ($) | Total ($) |
|---|---|---|---|---|---|
| 0001001 | General Advice | 0.00 | 10.98 | 0.00 | 10.98 |
| 0002002 | Sensors in a Sporting Device (Continuation) | 196.50 | 0.00 | 0.00 | 196.50 |
| 0002003 | Sensors in a Sporting Device (Continuation) | 252.00 | 0.00 | 0.00 | 252.00 |
| 0005005 | Determining Boundaries for Motion Events - Continuation | 30.00 | 0.00 | 0.00 | 30.00 |
| 0005CA1 | Determining Boundaries for Motion Events (Canada) | 102.00 | 0.00 | 0.00 | 102.00 |
| | **Totals (payable in USD $)** | **$ 580.50** | **$ 10.98** | **$ 0.00** | **$ 591.48** |

bwb
    The receipt of payment from a third-party payor on behalf of the firm's client (whether by agreement of indemnification, insurance coverage or otherwise) does not establish an attorney-client relationship with that third-party payor.

**Remittance Information**

Federal ID No. 04-3254521

Telephone 612-335-5070
Fax  612-288-9696

**Checks**

**Standard delivery**
Fish & Richardson P.C.
P.O. Box 3295
Boston, MA 02241-3295
**Overnight delivery**
Fish & Richardson P.C.
3200 RBC Plaza
60 South Sixth Street
Minneapolis, MN 55402

**Wire Transfers**

Bank of America
100 Federal Street
Boston, MA 02110
Account No. 511-43170
ABA No. 026009593
Swift Code: BOFAUS3N

**ACH Transfers**

Bank of America
100 Federal Street
Boston, MA 02110
Account No. 511-43170
ABA No. 011000138

InfoMotion Sports Technologies, Inc.

| | |
|---|---|
| Invoice Date: | 04/29/2016 |
| Invoice Number: | 1563198 |
| Client Number: | 24986 |
| Matter Number | 0001001 |

**Matter Name:** General Advice
**Matter No:** 24986.0001001

**Professional Services**

| | | |
|---|---|---|
| Total: | $ | 0.00 |

**Disbursements**

| Description | Amount ($) |
|---|---|
| Courier mail charges | 10.98 |
| Total: | 10.98 |

| | | |
|---|---|---|
| **Professional Services For This Matter** | **$** | **0.00** |
| **Total Disbursements For This Matter** | | **10.98** |
| **Total Due On Matter 24986.0001001** | **$** | **10.98** |

fr.com

InfoMotion Sports Technologies, Inc.

| | | |
|---|---|---|
| Invoice Date: | 04/29/2016 |
| Invoice Number: | 1563198 |
| Client Number: | 24986 |
| Matter Number | 0002002 |

**Matter Name:**         Sensors in a Sporting Device (Continuation)
**Matter No:**            24986.0002002

**Professional Services**

| Date | Initials | Description | Hours |
|---|---|---|---|
| 03/15/16 | JXF | Review file materials and docket items; prepare and send correspondence to Mr. Crowley | 0.1 |
| 03/25/16 | JXF | Review file materials; prepare and send correspondence to Mr. Crowley re due dates and filing fees | 0.2 |
| | | Total: | 0.3 |

**Timekeeper Summary**

| Initials | Name | | Hours | Rate ($) | Amount ($) |
|---|---|---|---|---|---|
| JXF | J. Patrick Finn | | 0.3 | 655.00 | 196.50 |
| | | Total: | 0.3 | | 196.50 |
| | | **Professional Services For This Matter** | | $ | **196.50** |
| | | **Total Due On Matter 24986.0002002** | | $ | **196.50** |

InfoMotion Sports Technologies, Inc.

| | |
|---|---|
| Invoice Date: | 04/29/2016 |
| Invoice Number: | 1563198 |
| Client Number: | 24986 |
| Matter Number | 0002003 |

**Matter Name:** Sensors in a Sporting Device (Continuation)
**Matter No:** 24986.0002003

**Professional Services**

| Date | Initials | Description | Hours |
|---|---|---|---|
| 03/25/16 | JAW | Review client instructions; prepare and organize file materials | 0.2 |
| 03/28/16 | JAW | Prepare documents for filing continuation application with the U.S. Patent & Trademark Office | 1.0 |
| 03/30/16 | JAW | Prepare and send e-mail to client attaching a copy of application as-filed with the U.S. Patent & Trademark Office | 0.2 |
| | | Total: | 1.4 |

**Timekeeper Summary**

| Initials | Name | Hours | Rate ($) | Amount ($) |
|---|---|---|---|---|
| JAW | Judy A. Wasilkus | 1.4 | 180.00 | 252.00 |
| | Total: | 1.4 | | 252.00 |
| | **Professional Services For This Matter** | | $ | **252.00** |
| | **Total Due On Matter 24986.0002003** | | $ | **252.00** |

**Matter Name:**    Determining Boundaries for Motion Events - Continuation
**Matter No:**       24986.0005005

**Professional Services**

| Date | Initials | Description | Hours |
|---|---|---|---|
| 03/31/16 | JCR | Review matter re references | 0.3 |
| | | Total: | 0.3 |

**Timekeeper Summary**

| Initials | Name | Hours | Rate ($) | Amount ($) |
|---|---|---|---|---|
| JCR | Jessica Ruettimann | 0.3 | 100.00 | 30.00 |
| | Total: | 0.3 | | 30.00 |
| | **Professional Services For This Matter** | | $ | **30.00** |
| | **Total Due On Matter 24986.0005005** | | $ | **30.00** |

InfoMotion Sports Technologies, Inc.

| | |
|---|---|
| Invoice Date: | 04/29/2016 |
| Invoice Number: | 1563198 |
| Client Number: | 24986 |
| Matter Number | 0005CA1 |

**Matter Name:** Determining Boundaries for Motion Events (Canada)
**Matter No:** 24986.0005CA1

**Professional Services**

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 03/28/16 | CGH | Review correspondence from associate re power of attorney; follow up with client re same | 0.3 |
| 03/29/16 | CGH | Follow up with PYWestern re power of attorney; email associate re same | 0.3 |
| | | Total: | 0.6 |

**Timekeeper Summary**

| Initials | Name | Hours | Rate ($) | Amount ($) |
|----------|------|-------|----------|------------|
| CGH | Christine Hartness | 0.6 | 170.00 | 102.00 |
| | Total: | 0.6 | | 102.00 |

| | | |
|---|---|---|
| **Professional Services For This Matter** | **$** | **102.00** |
| **Total Due On Matter 24986.0005CA1** | **$** | **102.00** |



FISH.
FISH & RICHARDSON

| | |
|---|---|
| Beanstalk CFO Group | Invoice Date: 04/29/2016 |
| Sarah McKenzie | Invoice Number: 1563198 |
| 330 W Spring St. | Client Number: 24986 |
| Suite 205 | |
| Columbus, OH 43215 | |

For professional services and disbursements through March 31, 2016:

**BALANCE DUE THIS INVOICE (payable in USD$) $ 591.48**

Direct questions about this invoice to your Collections Account Services Team at cas-team@fr.com or 617-542-5070.

## Remittance Copy
### Please include this page with payment

| **Remittance Information** | **Checks** | **Wire Transfers** | **ACH Transfers** |
|---|---|---|---|
| Federal ID No. 04-3254521 | **Standard delivery** | Bank of America | Bank of America |
| | Fish & Richardson P.C. | 100 Federal Street | 100 Federal Street |
| Telephone 612-335-5070 | P.O. Box 3295 | Boston, MA 02110 | Boston, MA 02110 |
| Fax 612-288-9696 | Boston, MA 02241-3295 | Account No. 511-43170 | Account No. 511-43170 |
| | **Overnight delivery** | ABA No. 026009593 | ABA No. 011000138 |
| | Fish & Richardson P.C. | Swift Code: BOFAUS3N | |
| | 3200 RBC Plaza | | |
| | 60 South Sixth Street | | |
| | Minneapolis, MN 55402 | | |



Beanstalk CFO Group
Sarah McKenzie
330 W Spring St.
Suite 205
Columbus, OH 43215

| | |
|---|---|
| Invoice Date: | 05/24/2016 |
| Invoice Number: | 1569002 |
| Client Number: | 24986 |
| Client File #: | |

For professional services and disbursements through April 30, 2016:

## **Summary by Matter**

| Matter Number | Matter Name | Fees ($) | Disb. ($) | Trust/ Retainer Unallocated ($) | Total ($) |
|---|---|---|---|---|---|
| 0001001 | General Advice | 241.50 | 0.00 | 0.00 | 241.50 |
| 0001002 | Prosecution General Advice | 52.50 | 0.00 | 0.00 | 52.50 |
| 0002002 | Sensors in a Sporting Device (Continuation) | 54.00 | 0.00 | 0.00 | 54.00 |
| 0002003 | Sensors in a Sporting Device (Continuation) | 36.00 | 0.00 | 0.00 | 36.00 |
| 0002CA1 | Sensors in a Sporting Device CA | 34.00 | 0.00 | 0.00 | 34.00 |
| 0005005 | Determining Boundaries for Motion Events - Continuation | 876.50 | 0.00 | 0.00 | 876.50 |
| 0005CA1 | Determining Boundaries for Motion Events (Canada) | 279.50 | 334.00 | 0.00 | 613.50 |
| 0005EP1 | Determining Boundaries for Motion Events (Europe) | 262.50 | 1,445.00 | 0.00 | 1,707.50 |
| 0042CA1 | 94FIFTY Stylized (IC 9, 28 & 41) | 0.00 | 559.86 | 0.00 | 559.86 |

bwb

The receipt of payment from a third-party payor on behalf of the firm's client (whether by agreement of indemnification, insurance coverage or otherwise) does not establish an attorney-client relationship with that third-party payor.

---

**Remittance Information**

Federal ID No. 04-3254521

Telephone 612-335-5070
Fax  612-288-9696

**Checks**

**Standard delivery**
Fish & Richardson P.C.
P.O. Box 3295
Boston, MA 02241-3295
**Overnight delivery**
Fish & Richardson P.C.
3200 RBC Plaza
60 South Sixth Street
Minneapolis, MN 55402

**Wire Transfers**

Bank of America
100 Federal Street
Boston, MA 02110
Account No. 511-43170
ABA No. 026009593
Swift Code: BOFAUS3N

**ACH Transfers**

Bank of America
100 Federal Street
Boston, MA 02110
Account No. 511-43170
ABA No. 011000138

| Matter Number | Matter Name | Fees ($) | Disb. ($) | Trust/ Retainer Unallocated ($) | Total ($) |
|---|---|---|---|---|---|
| | Canada | | | | |
| 0042CN1 | 94FIFTY Stylized (Cl 9, 28)China (IR) | 121.00 | 0.00 | 0.00 | 121.00 |
| 0043CA1 | 94FIFTY (IC 9, 28 & 41) Canada | 0.00 | 559.86 | 0.00 | 559.86 |
| 0043CN1 | 94FIFTY (CL 9 & 28) China (IR) | 28.50 | 0.00 | 0.00 | 28.50 |
| | **Totals (payable in USD $)** | **$ 1,986.00** | **$ 2,898.72** | **$ 0.00** | **$ 4,884.72** |

| | | |
|---|---|---|
| | Invoice Date: | 05/24/2016 |
| | Invoice Number: | 1569002 |
| | Client Number: | 24986 |
| | Matter Number | 0001001 |

**Matter Name:** General Advice
**Matter No:** 24986.0001001

## Professional Services

| Date | Initials | Description | Hours |
|---|---|---|---|
| 04/19/16 | JAW | Review client request re updating IP summary portfolio; work on and forward same to client | 0.9 |
| 04/19/16 | JXF | Review file materials and IP status items per Mr. Crowley's request | 0.1 |
| | | Total: | 1.0 |

## Timekeeper Summary

| Initials | Name | Hours | Rate ($) | Amount ($) |
|---|---|---|---|---|
| JXF | J. Patrick Finn | 0.1 | 705.00 | 70.50 |
| JAW | Judy A. Wasilkus | 0.9 | 190.00 | 171.00 |
| | Total: | 1.0 | | 241.50 |

**Professional Services For This Matter**    $ **241.50**

**Total Due On Matter 24986.0001001**    $ **241.50**

fr.com

**Matter Name:** Prosecution General Advice
**Matter No:** 24986.0001002

**Professional Services**

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 04/11/16 | AEB | Prepare and send e-mail to client with statutory use deadlines coming due in 2016 and 2017 | 0.3 |
| | | Total: | 0.3 |

**Timekeeper Summary**

| Initials | Name | Hours | Rate ($) | Amount ($) |
|----------|------|-------|----------|------------|
| AEB | Amy Berman | 0.3 | 175.00 | 52.50 |
| | | Total: | 0.3 | 52.50 |
| | | **Professional Services For This Matter** | **$** | **52.50** |
| | | **Total Due On Matter 24986.0001002** | **$** | **52.50** |

InfoMotion Sports Technologies, Inc.

| | | |
|---|---|---|
| Invoice Date: | 05/24/2016 |
| Invoice Number: | 1569002 |
| Client Number: | 24986 |
| Matter Number | 0002002 |

**Matter Name:** Sensors in a Sporting Device (Continuation)
**Matter No:** 24986.0002002

**Professional Services**

| Date | Initials | Description | Hours |
|---|---|---|---|
| 04/27/16 | JAW | Prepare correspondence to client attaching original letters patent | 0.3 |
| | | Total: | 0.3 |

**Timekeeper Summary**

| Initials | Name | | Hours | Rate ($) | Amount ($) |
|---|---|---|---|---|---|
| JAW | Judy A. Wasilkus | | 0.3 | 180.00 | 54.00 |
| | | Total: | 0.3 | | 54.00 |
| | | **Professional Services For This Matter** | | $ | **54.00** |
| | | **Total Due On Matter 24986.0002002** | | $ | **54.00** |

**Matter Name:** Sensors in a Sporting Device (Continuation)
**Matter No:** 24986.0002003

**Professional Services**

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 04/12/16 | JAW | Review filing receipt and notice received from the U.S. Patent & Trademark Office | 0.2 |
| | | Total: | 0.2 |

**Timekeeper Summary**

| Initials | Name | Hours | Rate ($) | Amount ($) |
|----------|------|-------|----------|------------|
| JAW | Judy A. Wasilkus | 0.2 | 180.00 | 36.00 |
| | Total: | 0.2 | | 36.00 |
| | **Professional Services For This Matter** | | **$** | **36.00** |
| | **Total Due On Matter 24986.0002003** | | **$** | **36.00** |

InfoMotion Sports Technologies, Inc.

| | |
|---|---|
| Invoice Date: | 05/24/2016 |
| Invoice Number: | 1569002 |
| Client Number: | 24986 |
| Matter Number | 0002CA1 |

**Matter Name:** Sensors in a Sporting Device CA
**Matter No:** 24986.0002CA1

**Professional Services**

| Date | Initials | Description | Hours |
|---|---|---|---|
| 04/04/16 | CGH | Follow up with client re power of attorney | 0.2 |
| | | Total: | 0.2 |

**Timekeeper Summary**

| Initials | Name | Hours | Rate ($) | Amount ($) |
|---|---|---|---|---|
| CGH | Christine Hartness | 0.2 | 170.00 | 34.00 |
| | Total: | 0.2 | | 34.00 |
| | **Professional Services For This Matter** | | $ | **34.00** |
| | **Total Due On Matter 24986.0002CA1** | | **$** | **34.00** |

| | |
|---|---|
| Invoice Date: | 05/24/2016 |
| Invoice Number: | 1569002 |
| Client Number: | 24986 |
| Matter Number | 0005005 |

**Matter Name:**     Determining Boundaries for Motion Events - Continuation
**Matter No:**     24986.0005005

**Professional Services**

| Date | Initials | Description | Hours |
|---|---|---|---|
| 04/04/16 | JCR | Review matter re references; update internal records | 0.2 |
| 04/21/16 | PYW | Work on response to office action | 0.7 |
| 04/22/16 | JXF | Review file materials; work on claim strategies | 0.3 |
| 04/22/16 | PYW | Work on new claims | 0.8 |
| | | Total: | 2.0 |

**Timekeeper Summary**

| Initials | Name | Hours | Rate ($) | Amount ($) |
|---|---|---|---|---|
| JXF | J. Patrick Finn | 0.3 | 655.00 | 196.50 |
| PYW | Paul Western | 1.5 | 440.00 | 660.00 |
| JCR | Jessica Ruettimann | 0.2 | 100.00 | 20.00 |
| | Total: | 2.0 | | 876.50 |

**Professional Services For This Matter**    **$**    **876.50**

**Total Due On Matter 24986.0005005**    **$**    **876.50**

fr.com

**Matter Name:** Determining Boundaries for Motion Events (Canada)
**Matter No:** 24986.0005CA1

**Professional Services**

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 04/05/16 | AD | Attend to paying patent annuity | 0.0 |
| 04/26/16 | CGH | Follow up with PYWestern re power of attorney | 0.1 |
| | | Total: | 0.1 |

**Timekeeper Summary**

| Initials | Name | Hours | Rate ($) | Amount ($) |
|----------|------|-------|----------|------------|
| CGH | Christine Hartness | 0.1 | 170.00 | 17.00 |
| AD | Annuity Department | | | 262.50 |
| | Total: | 0.1 | | 279.50 |

**Disbursements**

| Description | Amount ($) |
|-------------|------------|
| Payment of annuity - CPI | 334.00 |
| Total: | 334.00 |

| | | |
|---|---|---|
| **Professional Services For This Matter** | $ | **279.50** |
| **Total Disbursements For This Matter** | | **334.00** |
| **Total Due On Matter 24986.0005CA1** | $ | **613.50** |

| | |
|---|---|
| Invoice Date: | 05/24/2016 |
| Invoice Number: | 1569002 |
| Client Number: | 24986 |
| Matter Number | 0005EP1 |

**Matter Name:** Determining Boundaries for Motion Events (Europe)
**Matter No:** 24986.0005EP1

## Professional Services

| Date | Initials | Description | Hours |
|---|---|---|---|
| 04/05/16 | AD | Attend to paying patent annuity | 0.0 |
| | | Total: | 0.0 |

## Timekeeper Summary

| Initials | Name | Hours | Rate ($) | Amount ($) |
|---|---|---|---|---|
| AD | Annuity Department | | | 262.50 |
| | | Total: | 0.0 | 262.50 |

## Disbursements

| Description | Amount ($) |
|---|---|
| Payment of annuity - CPI | 1,445.00 |
| Total: | 1,445.00 |

| | | |
|---|---|---|
| **Professional Services For This Matter** | **$** | **262.50** |
| **Total Disbursements For This Matter** | | **1,445.00** |
| **Total Due On Matter 24986.0005EP1** | **$** | **1,707.50** |

InfoMotion Sports Technologies, Inc.

| | |
|---|---|
| Invoice Date: | 05/24/2016 |
| Invoice Number: | 1569002 |
| Client Number: | 24986 |
| Matter Number | 0042CA1 |

**Matter Name:**   94FIFTY Stylized (IC 9, 28 & 41) Canada
**Matter No:**      24986.0042CA1

**Professional Services**

| | | |
|---|---|---|
| Total: | $ | 0.00 |

**Disbursements**

| Description | Amount ($) |
|---|---|
| Transmit registration certificate - Gowlings International Inc | 559.86 |
| Total: | 559.86 |

| | | |
|---|---|---|
| **Professional Services For This Matter** | **$** | **0.00** |
| **Total Disbursements For This Matter** | | **559.86** |
| **Total Due On Matter 24986.0042CA1** | **$** | **559.86** |

InfoMotion Sports Technologies, Inc.

| | |
|---|---|
| Invoice Date: | 05/24/2016 |
| Invoice Number: | 1569002 |
| Client Number: | 24986 |
| Matter Number | 0042CN1 |

**Matter Name:**        94FIFTY Stylized (Cl 9, 28)China (IR)
**Matter No:**            24986.0042CN1

**Professional Services**

| Date | Initials | Description | Hours |
|---|---|---|---|
| 04/12/16 | CJW | Review e-mail from counsel for New Era Cap regarding proposed coexistence agreement; prepare e-mail to Mr. Crowley re proposed coexistence agreement | 0.2 |
| | | Total: | 0.2 |

**Timekeeper Summary**

| Initials | Name | Hours | Rate ($) | Amount ($) |
|---|---|---|---|---|
| CJW | Cynthia Johnson Walden | 0.2 | 605.00 | 121.00 |
| | Total: | 0.2 | | 121.00 |
| | **Professional Services For This Matter** | | $ | **121.00** |
| | **Total Due On Matter 24986.0042CN1** | | $ | **121.00** |

fr.com

InfoMotion Sports Technologies, Inc.

| | |
|---|---|
| Invoice Date: | 05/24/2016 |
| Invoice Number: | 1569002 |
| Client Number: | 24986 |
| Matter Number | 0043CA1 |

**Matter Name:** 94FIFTY (IC 9, 28 & 41) Canada
**Matter No:** 24986.0043CA1

**Professional Services**

| | | |
|---|---|---|
| Total: | $ | 0.00 |

**Disbursements**

| Description | Amount ($) |
|---|---|
| Transmit registration certificate - Gowlings International Inc | 559.86 |
| Total: | 559.86 |

| | | |
|---|---|---|
| **Professional Services For This Matter** | **$** | **0.00** |
| **Total Disbursements For This Matter** | | **559.86** |
| **Total Due On Matter 24986.0043CA1** | **$** | **559.86** |

**Matter Name:**     94FIFTY (CL 9 & 28) China (IR)
**Matter No:**     24986.0043CN1

**Professional Services**

| Date | Initials | Description | Hours |
|---|---|---|---|
| 04/28/16 | MKS | Correspond with associate re status of request for review | 0.1 |
| | | Total: | 0.1 |

**Timekeeper Summary**

| Initials | Name | | Hours | Rate ($) | Amount ($) |
|---|---|---|---|---|---|
| MKS | Mary K. Scott | | 0.1 | 285.00 | 28.50 |
| | | Total: | 0.1 | | 28.50 |
| | | **Professional Services For This Matter** | | **$** | **28.50** |
| | | **Total Due On Matter 24986.0043CN1** | | **$** | **28.50** |



Beanstalk CFO Group
Sarah McKenzie
330 W Spring St.
Suite 205
Columbus, OH 43215

Invoice Date: 05/24/2016
Invoice Number: 1569002
Client Number: 24986

For professional services and disbursements through April 30, 2016:

**BALANCE DUE THIS INVOICE (payable in USD$) $ 4,884.72**

Direct questions about this invoice to your Collections Account Services Team at cas-team@fr.com or 617-542-5070.

# Remittance Copy

### Please include this page with payment

| Remittance Information | Checks | Wire Transfers | ACH Transfers |
|---|---|---|---|
| Federal ID No. 04-3254521 | **Standard delivery**<br>Fish & Richardson P.C.<br>P.O. Box 3295<br>Boston, MA 02241-3295 | Bank of America<br>100 Federal Street<br>Boston, MA 02110<br>Account No. 511-43170<br>ABA No. 026009593<br>Swift Code: BOFAUS3N | Bank of America<br>100 Federal Street<br>Boston, MA 02110<br>Account No. 511-43170<br>ABA No. 011000138 |
| Telephone 612-335-5070<br>Fax  612-288-9696 | **Overnight delivery**<br>Fish & Richardson P.C.<br>3200 RBC Plaza<br>60 South Sixth Street<br>Minneapolis, MN 55402 | | |



Beanstalk CFO Group
Sarah McKenzie
330 W Spring St.
Suite 205
Columbus, OH 43215

|  |  |
| --- | --- |
| Invoice Date: | 06/07/2016 |
| Invoice Number: | 1573225 |
| Client Number: | 24986 |
| Client File #: | |

For professional services and disbursements through May 31, 2016:

### <u>Summary by Matter</u>

| Matter Number | Matter Name | Fees ($) | Disb. ($) | Trust/ Retainer Unallocated ($) | Total ($) |
| --- | --- | --- | --- | --- | --- |
| 0002002 | Sensors in a Sporting Device (Continuation) | 111.00 | 80.00 | 0.00 | 191.00 |
| 0005005 | Determining Boundaries for Motion Events - Continuation | 1,072.00 | 380.00 | 0.00 | 1,452.00 |
| 0005CA1 | Determining Boundaries for Motion Events (Canada) | 132.00 | 40.00 | 0.00 | 172.00 |
| 0035WO1 | Single Chip Design(PCT) | 85.00 | 0.00 | 0.00 | 85.00 |
| 0062WO1 | Presentation of Sporting Data with Wearable Computing Device | 68.00 | 0.00 | 0.00 | 68.00 |
| | **Totals (payable in USD $)** | **$ 1,468.00** | **$ 500.00** | **$ 0.00** | **$ 1,968.00** |

jhs

The receipt of payment from a third-party payor on behalf of the firm's client (whether by agreement of indemnification, insurance coverage or otherwise) does not establish an attorney-client relationship with that third-party payor.

**Remittance Information**

Federal ID No. 04-3254521

Telephone 612-335-5070
Fax  612-288-9696

**Checks**

**Standard delivery**
Fish & Richardson P.C.
P.O. Box 3295
Boston, MA 02241-3295
**Overnight delivery**
Fish & Richardson P.C.
3200 RBC Plaza
60 South Sixth Street
Minneapolis, MN 55402

**Wire Transfers**

Bank of America
100 Federal Street
Boston, MA 02110
Account No. 511-43170
ABA No. 026009593
Swift Code: BOFAUS3N

**ACH Transfers**

Bank of America
100 Federal Street
Boston, MA 02110
Account No. 511-43170
ABA No. 011000138

InfoMotion Sports Technologies, Inc.

| | |
|---|---|
| Invoice Date: | 06/07/2016 |
| Invoice Number: | 1573225 |
| Client Number: | 24986 |
| Matter Number | 0002002 |

**Matter Name:**       Sensors in a Sporting Device (Continuation)
**Matter No:**          24986.0002002

**Professional Services**

| Date | Initials | Description | Hours |
|---|---|---|---|
| 05/25/16 | MMB | Review file history; calculate patent term adjustment | 0.6 |
| | | Total: | 0.6 |

**Timekeeper Summary**

| Initials | Name | Hours | Rate ($) | Amount ($) |
|---|---|---|---|---|
| MMB | Mari B. Bohnhoff | 0.6 | 185.00 | 111.00 |
| | Total: | 0.6 | | 111.00 |

**Disbursements**

| Description | Amount ($) |
|---|---|
| Proofreading Services | 80.00 |
| Total: | 80.00 |

| | | |
|---|---|---|
| **Professional Services For This Matter** | **$** | **111.00** |
| **Total Disbursements For This Matter** | | **80.00** |
| **Total Due On Matter 24986.0002002** | **$** | **191.00** |

fr.com

| | |
|---|---|
| Invoice Date: | 06/07/2016 |
| Invoice Number: | 1573225 |
| Client Number: | 24986 |
| Matter Number | 0005005 |

**Matter Name:**      Determining Boundaries for Motion Events - Continuation
**Matter No:**          24986.0005005

### Professional Services

| Date | Initials | Description | Hours |
|---|---|---|---|
| 05/09/16 | JAW | Review file materials; work on documents re reply to office action | 0.7 |
| 05/09/16 | PYW | Work on response to office action | 1.8 |
| 05/09/16 | JCR | Review matter re references; confer with handling team` | 0.1 |
| 05/10/16 | JAW | File reply to office action with the U.S. Patent & Trademark Office; report out same to client | 0.3 |
| 05/10/16 | JCR | Review matter re references; prepare information disclosure statement documents; report documents to handling team; prepare signed documents; file same; confirm filing with handling team | 0.9 |
| | | Total: | 3.8 |

### Timekeeper Summary

| Initials | Name | Hours | Rate ($) | Amount ($) |
|---|---|---|---|---|
| PYW | Paul Western | 1.8 | 440.00 | 792.00 |
| JAW | Judy A. Wasilkus | 1.0 | 180.00 | 180.00 |
| JCR | Jessica Ruettimann | 1.0 | 100.00 | 100.00 |
| | Total: | 3.8 | | 1,072.00 |

### Disbursements

| Description | Amount ($) |
|---|---|
| PTO extension fee | 200.00 |
| PTO Submission of an Information Disclosure Statement | 180.00 |
| Total: | 380.00 |

fr.com

**Professional Services For This Matter** $ **1,072.00**

**Total Disbursements For This Matter** **380.00**

**Total Due On Matter 24986.0005005** $ **1,452.00**

**Matter Name:**     Determining Boundaries for Motion Events (Canada)
**Matter No:**        24986.0005CA1

**Professional Services**

| Date | Initials | Description | Hours |
|---|---|---|---|
| 05/05/16 | CGH | Follow up with client re power of attorney | 0.2 |
| 05/10/16 | JCR | Review matter re references; send list of references to associate | 0.3 |
| 05/16/16 | CGH | Prepare and send report out to client re office action | 0.2 |
| 05/24/16 | CGH | Follow up with client re power of attorney | 0.2 |
| | | Total: | 0.9 |

**Timekeeper Summary**

| Initials | Name | Hours | Rate ($) | Amount ($) |
|---|---|---|---|---|
| JCR | Jessica Ruettimann | 0.3 | 100.00 | 30.00 |
| CGH | Christine Hartness | 0.6 | 170.00 | 102.00 |
| | Total: | 0.9 | | 132.00 |

**Disbursements**

| Description | Amount ($) |
|---|---|
| Annuity payment and special handling fee - CPI | 40.00 |
| Total: | 40.00 |

| | | |
|---|---|---|
| **Professional Services For This Matter** | $ | **132.00** |
| **Total Disbursements For This Matter** | | **40.00** |
| **Total Due On Matter 24986.0005CA1** | $ | **172.00** |

**Matter Name:**      Single Chip Design(PCT)
**Matter No:**      24986.0035WO1

**Professional Services**

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 05/23/16 | CGH | Prepare national phase estimate; send email to client re national phase deadline | 0.5 |
| | | Total: | 0.5 |

**Timekeeper Summary**

| Initials | Name | Hours | Rate ($) | Amount ($) |
|----------|------|-------|----------|------------|
| CGH | Christine Hartness | 0.5 | 170.00 | 85.00 |
| | Total: | 0.5 | | 85.00 |
| | **Professional Services For This Matter** | | **$** | **85.00** |
| | **Total Due On Matter 24986.0035WO1** | | **$** | **85.00** |

fr.com

**Matter Name:** Presentation of Sporting Data with Wearable Computing Device (PCT)
**Matter No:** 24986.0062WO1

**Professional Services**

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 05/23/16 | CGH | Prepare national phase estimate; send email to client re national phase deadline | 0.4 |
| | | Total: | 0.4 |

**Timekeeper Summary**

| Initials | Name | Hours | Rate ($) | Amount ($) |
|----------|------|-------|----------|------------|
| CGH | Christine Hartness | 0.4 | 170.00 | 68.00 |
| | Total: | 0.4 | | 68.00 |
| | **Professional Services For This Matter** | | **$** | **68.00** |
| | **Total Due On Matter 24986.0062WO1** | | **$** | **68.00** |



Beanstalk CFO Group  
Sarah McKenzie  
330 W Spring St.  
Suite 205  
Columbus, OH 43215

| | |
|---|---|
| Invoice Date: | 06/07/2016 |
| Invoice Number: | 1573225 |
| Client Number: | 24986 |

For professional services and disbursements through May 31, 2016:

**BALANCE DUE THIS INVOICE (payable in USD$) $ 1,968.00**

Direct questions about this invoice to your Collections Account Services Team at cas-team@fr.com or 617-542-5070.

## Remittance Copy

### Please include this page with payment

**Remittance Information**  
Federal ID No. 04-3254521

Telephone 612-335-5070  
Fax 612-288-9696

**Checks**  
**Standard delivery**  
Fish & Richardson P.C.  
P.O. Box 3295  
Boston, MA 02241-3295  
**Overnight delivery**  
Fish & Richardson P.C.  
3200 RBC Plaza  
60 South Sixth Street  
Minneapolis, MN 55402

**Wire Transfers**  
Bank of America  
100 Federal Street  
Boston, MA 02110  
Account No. 511-43170  
ABA No. 026009593  
Swift Code: BOFAUS3N

**ACH Transfers**  
Bank of America  
100 Federal Street  
Boston, MA 02110  
Account No. 511-43170  
ABA No. 011000138