# SCHEDULE A

01/25/2017 Application granted.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(EASTERN DIVISION)

In re                                       )
                                            )
        INFOMOTION SPORTS                   )        Chapter 11
        TECHNOLOGIES, INC.                  )        Case No. 16-10724-JNF
                                            )
                Debtor.                     )
                                            )

## LIQUIDATING TRUSTEE'S APPLICATION FOR AUTHORITY
## TO EMPLOY HIS FIRM AS COUNSEL UNDER GENERAL RETAINER

David B. Madoff (the "Liquidating Trustee"), the liquidating trustee of the above-captioned Debtor, hereby applies for an order of this Court, authorizing the Liquidating Trustee to employ himself and his law firm, Madoff & Khoury LLP (the "Firm"), as his counsel in this Chapter 11 case. As grounds therefor, the Trustee states:

1.      On March 16, 2017, the Debtor filed a petition for relief under Chapter 11 of the Bankruptcy Code. By Order dated December 19, 2016, the Court confirmed the Debtor's Chapter 11 Plan of Reorganization (the "Plan").

2.      Pursuant to Section 5.1 of the Plan, the Liquidating Trustee was appointed. His appointed charged him with objecting to claims and prosecuting avoidance actions, if any. Section 327 of the Bankruptcy Code authorizes the Liquidating Trustee to employ counsel with the approval of this Court.

3.      The Liquidating Trustee will need the advice of and representation by counsel on all legal matters affecting the Debtor's estate, including but not limited to the consummation of the Debtor's Chapter 11 Plan, including authority to object to any unpaid claims and pursue and

# SCHEDULE B

# MADOFF & KHOURY LLP

ATTORNEYS AT LAW

PINE BROOK OFFICE PARK
124 WASHINGTON STREET, SUITE 202
FOXBOROUGH, MASSACHUSETTS  02035

TELEPHONE:  (508) 543-0040
TELECOPIER: (508) 543-0020

March 20, 2018

Invoice #       17277
Case #     2200
Page          1

Re: Infomotion

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/4/2017 - | DBM | Correspondence with Brian Lease and Warren Agin regarding receipt of funds | 0.10<br>375.00/hr | 37.50 |
| 1/5/2017 - | DBM | Telephone conference and correspondence with Mark Cunneen regarding letter stating likely result for equity holders | 0.30<br>375.00/hr | 112.50 |
| - | DBM | Correspondence with James Gross regarding potential preference claims | 0.20<br>375.00/hr | 75.00 |
| 1/10/2017 - | JCG | Conference with David Madoff regarding case status and commenced review of disclosure statement and other documentation regarding Chapter 5 claims that may be pursued by liquidating trustee | 0.40<br>375.00/hr | 150.00 |

March 20, 2018
Invoice #       17277
Case #    2200
Page        2

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/11/2017 - | DBM | Correspondence with Warren Agin regarding transition issues and transfer of funds | 0.30 375.00/hr | 112.50 |
| 1/12/2017 - | JCG | Reviewed schedules, plan and disclosure statement, examiner's report and commenced review of claims | 2.40 375.00/hr | 900.00 |
| 1/13/2017 - | MLA | Prepared Motion to Employ Firm with signed statement, declaration and certificate of service; memorandum from James Gross regarding same | 0.80 150.00/hr | 120.00 |
| 1/16/2017 - | MLA | Prepared documents for filing; reviewed David Madoff changes and filed same | 0.30 150.00/hr | 45.00 |
| 1/17/2017 - | MLA | Refiled Motion to Employ | 0.10 150.00/hr | 15.00 |
| 1/24/2017 - | JCG | Reviewed claims in preparation of possible objections | 0.20 375.00/hr | 75.00 |
| - | JCG | Reviewed claim of Russell Brands and reviewed docket regarding any impact on claim | 0.20 375.00/hr | 75.00 |
| - | JCG | Drafted email to J. Bender, attorney for Russell Brands, regarding claim and request for documentation | 0.30 375.00/hr | 112.50 |
| - | JCG | Conference with liquidating trustee regarding objection to claims and treatment of secured claims under plan | 0.30 375.00/hr | 112.50 |
| 1/26/2017 - | JCG | Drafted motion for authority to file omnibus objection to claims | 0.80 375.00/hr | 300.00 |
| - | JCG | Drafted omnibus objection to claims and notice of omnibus objection to claims | 1.10 375.00/hr | 412.50 |

March 20, 2018
Invoice #        17277
Case #      2200
Page           3

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/31/2017 - | JCG | Revised and arranged to file omnibus objection to claims and motion for authority to file omnibus objection | 0.30 375.00/hr | 112.50 |
| - | JCG | Reviewed documents and pleadings regarding potential preference actions | 0.90 375.00/hr | 337.50 |
| - | MLA | Prepared certificate of service for objection to claims and Motion for Leave; filed and served same | 0.60 150.00/hr | 90.00 |
| 2/2/2017 - | JCG | Reviewed file regarding payments to M. Crowley, T. Crowley and M. Davison regarding potential preference payments | 1.10 375.00/hr | 412.50 |
| - | JCG | Drafted demand letters to M. Crowley, T. Crowley and M. Davison regarding return of preferential payments | 1.30 375.00/hr | 487.50 |
| - | MLA | Prepared certificate of service and notice of hearing on claims objection; filed and served same | 0.50 150.00/hr | 75.00 |
| 2/3/2017 - | DBM | Correspondence with Warren Agin regarding priority claims | 0.10 375.00/hr | 37.50 |
| 2/7/2017 - | JCG | Telephone conference with Gary Cruickshank regarding demand letters sent to the Crowleys and Davisson and agreement to extend time to respond to demand | 0.30 375.00/hr | 112.50 |
| - | JCG | Drafted email to Gary Cruickshank confirming extension | 0.10 375.00/hr | 37.50 |
| - | JCG | Reviewed response of Russell Brand to objection to claim | 0.20 375.00/hr | 75.00 |
| 2/14/2017 - | JCG | Drafted email to W. Agin regarding claim of Russell Brand regarding objection to its proof of claim and reviewed response | 0.20 375.00/hr | 75.00 |

March 20, 2018
Invoice #       17277
Case #      2200
Page            4

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/16/2017 - | JCG | Reviewed material and documents regarding Russell Brands' proof of claim | 0.50 375.00/hr | 187.50 |
| - | JCG | Drafted email to J. Bender, attorney for Russell Brands regarding further questions regarding proof of claim | 0.20 375.00/hr | 75.00 |
| 2/28/2017 - | JCG | Reviewed email from J. Bender, attorney for Russell Brands, regarding Trustee's objection to claim and possible settlement | 0.10 375.00/hr | 37.50 |
| - | JCG | Reviewed file regarding likely dividend in the case | 0.30 375.00/hr | 112.50 |
| - | JCG | Drafted email to J. Bender regarding potential dividend and settlement | 0.30 375.00/hr | 112.50 |
| 3/2/2017 - | JCG | Reviewed letter and documents from G. Cruickshank, attorney for T. Crowley, M. Crowley and M. Davisson in response to preference demands to each of these entities | 0.40 375.00/hr | 150.00 |
| - | JCG | Research on issue of insolvency and net operating losses as asset in that analysis | 1.30 375.00/hr | 487.50 |
| - | JCG | Telephone call with G. Cruickshank regarding his response to preference demand | 0.20 375.00/hr | 75.00 |
| 3/7/2017 - | JCG | Research on solvency issue | 0.40 375.00/hr | 150.00 |
| - | JCG | Drafted very lengthy email to G. Cruickshank, attorney for M. Crowley, T. Crowley and M. Davisson, regarding his response to the demand letters and provided argument supporting preference claims | 1.10 375.00/hr | 412.50 |

March 20, 2018
Invoice #      17277
Case #     2200
Page         5

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/7/2017 - | JCG | Drafted proposed settlement stipulation with Russell Brands regarding settlement of its claim | 0.90 375.00/hr | 337.50 |
| - | JCG | Drafted email to J. Bender, attorney for Russell Brands, regarding stipulation | 0.20 375.00/hr | 75.00 |
| 3/9/2017 - | JCG | Reviewed settlement stipulation executed by Russell Brands | 0.10 375.00/hr | 37.50 |
| - | JCG | Drafted motion to approve compromise of Russell Brands' claim | 1.20 375.00/hr | 450.00 |
| - | JCG | Reviewed email from G. Cruickshank, attorney for the Crowleys and Davisson, regarding preference claims and drafted response | 0.10 375.00/hr | 37.50 |
| 3/10/2017 - | MLA | Prepared settlement and motion and certificate of service and service list; prepared for filing; filed and served same | 1.10 150.00/hr | 165.00 |
| 3/13/2017 - | MLA | Prepared certificate of service regarding objection deadline on Motion to Compromise; filed and served same | 0.60 150.00/hr | 90.00 |
| 3/21/2017 - | JCG | Reviewed email from G. Cruickshank and documents objecting to Liquidating Trustee's preference analysis | 0.10 375.00/hr | 37.50 |
| - | JCG | Drafted email to G. Cruickshank disagreeing with his preference analysis and requesting his agreement to accept service | 0.20 375.00/hr | 75.00 |
| - | JCG | Telephone call with Gary Cruickshank regarding possible settlement offer | 0.10 375.00/hr | 37.50 |

March 20, 2018
Invoice #          17277
Case #      2200
Page            6

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/21/2017 - | JCG | Research regarding net loss carryover issue and insolvency | 0.70 375.00/hr | 262.50 |
| 3/23/2017 - | JCG | Drafted email to K. Lowey about NOL issue, and telephone call with K. Lowey regarding same | 0.30 375.00/hr | 112.50 |
| - | DBM | Office conference with James Gross regarding solvency issue, relevance of NOLS | 0.20 375.00/hr | 75.00 |
| 3/28/2017 - | JCG | Telephone call with G. Cruckshank regarding settlement of preference litigation | 0.20 375.00/hr | 75.00 |
| 3/30/2017 - | JCG | Reviewed email from G. Cruickshank regarding settlement proposal of preference claims and telephone call with G. Cruickshank regarding same | 0.10 375.00/hr | 37.50 |
| - | JCG | Conference with Trustee regarding settlement proposal | 0.10 375.00/hr | 37.50 |
| 4/4/2017 - | JCG | Reviewed email from G. Cruickshank regarding proposed global settlement and conference with Trustee regarding same | 0.30 375.00/hr | 112.50 |
| - | JCG | Reviewed file and drafted lengthy response to Gary Cruickshank making counteroffer to Davisson and rejecting other two offers | 0.50 375.00/hr | 187.50 |
| 4/6/2017 - | JCG | Drafted lengthy email to Gary Cruickshank regarding settlement offer from his clients, making counteroffer for one defendant, rejecting two other offers, and explanation for positions | 0.70 375.00/hr | 262.50 |
| 4/11/2017 - | JCG | Reviewed email from Gary Cruickshank regarding preference claim and possible settlement and drafted response | 0.10 375.00/hr | 37.50 |

March 20, 2018
Invoice #        17277
Case #      2200
Page          7

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/11/2017 - | JCG | Telephone call with Gary Cruickshank regarding settlement negotiations | 0.10 375.00/hr | 37.50 |
| 4/13/2017 - | JCG | Telephone call with Gary Cruickshank regarding settlement negotiations and financial difficulties of M. Crowley and T. Crowley and settlement with Davisson | 0.20 375.00/hr | 75.00 |
| - | JCG | Reviewed email from Gary Cruickshank regarding same | 0.10 375.00/hr | 37.50 |
| 4/20/2017 - | JCG | Reviewed settlement offer from M Davisson regarding preference claim | 0.10 375.00/hr | 37.50 |
| - | JCG | Telephone call with Gary Cruickshank regarding Davisson settlement | 0.20 375.00/hr | 75.00 |
| - | JCG | Conference with Trustee regarding settlement offer | 0.30 375.00/hr | 112.50 |
| - | JCG | Drafted email to Attorney Cruickshank regarding counteroffer to settle Davisson claim | 0.40 375.00/hr | 150.00 |
| - | JCG | Reviewed response for Gary Cruickshank | 0.10 375.00/hr | 37.50 |
| 4/25/2017 - | JCG | Telephone call with Gary Cruickshank regarding negotiation of Davisson settlement | 0.10 375.00/hr | 37.50 |
| - | JCG | Reviewed financial statements from M. Crowley and T. Crowley | 0.30 375.00/hr | 112.50 |
| - | JCG | Reviewed Florida law regarding tenancies by the entirety and protection afforded from creditors | 0.60 375.00/hr | 225.00 |

March 20, 2018
Invoice #        17277
Case #      2200
Page          8

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/27/2017 - | JCG | Reviewed email from Gary Cruickshank regarding settlement proposed from M. Davisson | 0.10 375.00/hr | 37.50 |
| - | JCG | Conference with liquidating trustee regarding Davisson settlement and drafted response to Gary Cruickshank | 0.30 375.00/hr | 112.50 |
| 5/2/2017 - | DBM | Several correspondence with Warren Agin and accountant for Debtor regarding 2016 return | 0.40 375.00/hr | 150.00 |
| 5/8/2017 - | DBM | Further discussion and correspondence with Debtor's accountants regarding 2016 returns | 0.30 375.00/hr | 112.50 |
| 5/9/2017 - | JCG | Drafted proposed settlement stipulation between liquidating trustee and M. Davisson regarding alleged preference | 1.40 375.00/hr | 525.00 |
| - | JCG | Drafted email to G. Cruickshank, attorney for Davisson, regarding settlement stipulation and mechanics of the settlement | 0.20 375.00/hr | 75.00 |
| 5/11/2017 - | JCG | Reviewed email from Gary Cruickshank, attorney for M. Davisson, regarding settlement stipulation | 0.10 375.00/hr | 37.50 |
| - | JCG | Conference with the liquidating trustee regarding settlement stipulation and liquidating trustee's execution of same | 0.10 375.00/hr | 37.50 |
| - | JCG | Drafted email to Gary Cruickshank regarding fully executed settlement | 0.10 375.00/hr | 37.50 |
| - | JCG | Drafted motion to approve settlement with M. Davisson | 1.60 375.00/hr | 600.00 |
| 5/12/2017 - | MLA | Prepared certificate of service; updated service list; filed Motion to Compromise claim and settlement; served same | 1.20 150.00/hr | 180.00 |

March 20, 2018
Invoice #      17277
Case #    2200
Page          9

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/15/2017 - | MLA | Prepared certificate of service regarding notice of objection deadline; filed and served same | 0.70 150.00/hr | 105.00 |
| 5/18/2017 - 9:03 AM | JCG | Drafted email to G. Cruickshank, attorney for the Crowleys regarding potential settlements | 0.60 375.00/hr | 225.00 |
| - | JCG | Telephone call to Gary Cruickshank regarding negotiations of possible settlements | 0.20 375.00/hr | 75.00 |
| 5/25/2017 - | JCG | Drafted email to Gary Cruickshank regarding status of settlement proposals from T. Crowley or M. Crowley | 0.10 375.00/hr | 37.50 |
| - | JCG | Reviewed email from Gary Cruickshank regarding settlement status | 0.10 375.00/hr | 37.50 |
| 5/30/2017 - | JCG | Prepared for telephone conference with Gary Cruickshank regarding possible settlement of claims against Michael Crowley and Thomas Crowley | 0.30 375.00/hr | 112.50 |
| - | DBM | Prepared monthly operating reports for January through April; correspondence with Amber Nevers regarding same | 1.30 375.00/hr | 487.50 |
| 6/1/2017 - | JCG | Telephone conference with Attorney Cruickshank regarding negotiation over preference claims against his clients M. Crowley and T. Crowley | 0.30 375.00/hr | 112.50 |
| 6/8/2017 - | JCG | Drafted email to Gary Cruickshank, attorney for T. Crowley and M. Crowley regarding settlement and/or litigation | 0.10 375.00/hr | 37.50 |

March 20, 2018
Invoice #        17277
Case #      2200
Page        10

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/8/2017 - | DBM | Correspondence with Amber Nevers regarding United States Trustee invoices | 0.10 375.00/hr | 37.50 |
| 6/13/2017 - | JCG | Reviewed email from Gary Cruickshank regarding counteroffers to settle claims against T. Crowley and M. Crowley and conference with Trustee regarding same | 0.30 375.00/hr | 112.50 |
| - | JCG | Drafted email to Attorney Cruickshank rejecting counteroffer | 0.20 375.00/hr | 75.00 |
| 6/15/2017 - | JCG | Commenced drafting of preference complaint against T. Crowley | 1.10 375.00/hr | 412.50 |
| 6/22/2017 - | JCG | Drafted and revised preference complaint against T. Crowley | 0.60 375.00/hr | 225.00 |
| - | JCG | Drafted and revised preference complaint against M. Crowley | 1.30 375.00/hr | 487.50 |
| 6/23/2017 - | MLA | Prepared adversary proceeding cover sheets and filed 2 complaints | 0.80 150.00/hr | 120.00 |
| 6/26/2017 - | MLA | Prepared summons certificate of service for Michael and Thomas Crowley; filed and served same; memorandum to Gary Cruickshank regarding service | 0.70 150.00/hr | 105.00 |
| - | MLA | Reviewed Notice of Deficiency and office conference with David Madoff; telephone call with Court regarding service; prepared certificate of service to Crowley's themselves; filed and served same | 0.70 150.00/hr | 105.00 |
| 6/27/2017 - | JCG | Telephone call with Gary Cruickshank regarding complaints against T. Crowley and M. Crowley | 0.10 375.00/hr | 37.50 |

March 20, 2018
Invoice #    17277
Case #   2200
Page    11

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/27/2017 - | JCG | Reviewed service on defendants | 0.10<br>375.00/hr | 37.50 |
| 7/11/2017 - | JCG | Conference with liquidating trustee regarding employment as expert for preference litigation | 0.20<br>375.00/hr | 75.00 |
| -<br>2:22 PM | JCG | Drafted email to K. Lowey regarding employment and reviewed response | 0.30<br>375.00/hr | 112.50 |
| 7/13/2017 - | JCG | Prepared for conference with K. Lowey regarding expert witness employment | 0.40<br>375.00/hr | 150.00 |
| 7/20/2017 - | JCG | Drafted email to K. Lowey regarding employment as expert in Crowley litigation | 0.10<br>375.00/hr | 37.50 |
| - | JCG | Reviewed response | 0.10<br>375.00/hr | 37.50 |
| - | JCG | Reviewed answer of T. Crowley to Trustee's complaint | 0.20<br>375.00/hr | 75.00 |
| - | JCG | Reviewed answer of M. Crowley to Trustee's complaint | 0.20<br>375.00/hr | 75.00 |
| 7/24/2017 - | MLA | Calendared all ap deadlines | 0.30<br>150.00/hr | 45.00 |
| 7/25/2017 - | JCG | Reviewed scheduling orders in the M. Crowley and T. Crowley adversary proceedings | 0.20<br>375.00/hr | 75.00 |
| 7/27/2017 - | JCG | Drafted email to K. Lowey regarding employment application | 0.10<br>375.00/hr | 37.50 |
| 8/1/2017 - | JCG | Drafted two emails to Keith Lowey regarding employment application | 0.20<br>375.00/hr | 75.00 |

March 20, 2018

Invoice #        17277

Case #      2200
Page        12

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/1/2017 - | JCG | Revised and arranged for the filing of employment application | 0.20 375.00/hr | 75.00 |
| - | JCG | Telephone call with Keith Lowey regarding issues related to insolvency issue | 0.20 375.00/hr | 75.00 |
| 8/3/2017 - | JCG | Drafted email to G. Cruickshank, attorney for Michael and Thomas Crowley regarding 26(f) conferences | 0.20 375.00/hr | 75.00 |
| - | JCG | Telephone call with G. Cruickshank regarding 26(f) conference scheduling | 0.20 375.00/hr | 75.00 |
| - | JCG | Commenced drafting proposed joint discovery report | 0.30 375.00/hr | 112.50 |
| - | MLA | Prepared certificate of service and prepared Motion to Employ Expert Witness for filing; filed and served same | 0.60 150.00/hr | 90.00 |
| - | MLA | Prepared Certificate of Service and prepared Motion to Employ Expert for filing; filed and served same | 0.60 150.00/hr | 90.00 |
| 8/8/2017 - | JCG | Drafted automatic disclosures of M. Crowley | 0.80 375.00/hr | 300.00 |
| - | JCG | Prepared proposed joint discovery report | 0.30 375.00/hr | 112.50 |
| 8/10/2017 - | JCG | Drafted automatic disclosures in connection with preference litigation against M. Crowley | 0.80 375.00/hr | 300.00 |
| - | JCG | Drafted email to G. Cruckshank regarding same | 0.10 375.00/hr | 37.50 |

March 20, 2018
Invoice #        17277
Case #      2200
Page        13

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/10/2017 - | JCG | Drafted automatic disclosures regarding preference litigation against T. Crowley | 0.50 375.00/hr | 187.50 |
| - | JCG | Drafted email to G. Cruickshank regarding same | 0.10 375.00/hr | 37.50 |
| 8/21/2017 - | JCG | Prepared for and participated in Rule 26(f) conference with Defendants' attorney, G. Cruickshank | 0.40 375.00/hr | 150.00 |
| 8/22/2017 - | JCG | Drafted email to K. Lowey regarding insolvency issues | 0.10 375.00/hr | 37.50 |
| - | JCG | Drafted and revised joint discovery report | 0.40 375.00/hr | 150.00 |
| 8/24/2017 - | JCG | Drafted proposed joint discovery report | 0.90 375.00/hr | 337.50 |
| - | JCG | Drafted email to G. Cruickshank, attorney for M. Crowley regarding same | 0.10 375.00/hr | 37.50 |
| - | JCG | Telephone conference with K. Lowey regarding insolvency issues in Crowley preference actions and reviewed material from K. Lowey regarding same | 0.40 375.00/hr | 150.00 |
| - | JCG | Conference with liquidating trustee regarding preference actions | 0.20 375.00/hr | 75.00 |
| 8/29/2017 - | JCG | Telephone call to G. Cruckshank, attorney for the Crowleys regarding negotiations regarding settlement of the two preference actions | 0.20 375.00/hr | 75.00 |
| - | JCG | Drafted email to G. Cruickshank outlining liquidating trustee's revised settlement proposals | 0.30 375.00/hr | 112.50 |

March 20, 2018
Invoice #        17277
Case #      2200
Page        14

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/29/2017 - | JCG | Reviewed email from G. Cruckshank regarding counteroffer | 0.10 375.00/hr | 37.50 |
| - | JCG | Conference with liquidating trustee regarding settlement negotiations | 0.10 375.00/hr | 37.50 |
| - | JCG | Telephone call with G. Cruickshank regarding negotiation of settlement amounts | 0.10 375.00/hr | 37.50 |
| - | JCG | Drafted email to G. Cruickshank regarding final settlement proposal | 0.20 375.00/hr | 75.00 |
| 8/31/2017 - | MLA | Office conference with James Gross and David Madoff regarding case status and next steps | 0.20 150.00/hr | 30.00 |
| - | MLA | Memorandum to Verdolino & Lowey regarding employment as accountant | 0.10 150.00/hr | 15.00 |
| - | JCG | Reviewed email from Gary Cruickshank agreeing to liquidating Trustee's settlement offer and drafted response | 0.10 375.00/hr | 37.50 |
| - | JCG | Drafted joint motion to extend deadline for filing of joint discovery plans in preference litigation in light of settlement | 0.60 375.00/hr | 225.00 |
| - | JCG | Drafted email to Gary Cruickshank regarding motions to extend and terms of payment of settlement amounts | 0.20 375.00/hr | 75.00 |
| - | JCG | Reviewed response from Gary Cuickshank regarding payment | 0.10 375.00/hr | 37.50 |
| - | DBM | Drafted and sent to United States Trustee the monthly operating reports for May through August | 0.80 375.00/hr | 300.00 |
| 9/5/2017 - | JCG | Drafted settlement stipulation between liquidating trustee and M. Crowley and proposed stipulation of dismissal | 1.40 375.00/hr | 525.00 |

March 20, 2018
Invoice #      17277
Case #    2200
Page       15

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/5/2017 - | MLA | Prepared certificate of service and Motion to Extend time to both Crowley cases; filed same | 0.40 150.00/hr | 60.00 |
| - | MLA | Prepared Motion to Employ Accountant | 0.50 150.00/hr | 75.00 |
| 9/6/2017 - | MLA | Reviewed Order and refiled Motion to Extend; prepared chart regarding all claims and distribution | 1.20 150.00/hr | 180.00 |
| 9/7/2017 - | MLA | Calendared new deadlines | 0.10 150.00/hr | 15.00 |
| - | MLA | Office conference with David Madoff regarding employment of Verdolino & Lowey and taxes | 0.20 150.00/hr | 30.00 |
| 9/8/2017 - | MLA | Made changes to Motion to Employ Verdolino and Lowey as accountant; prepared certificate of service; filed and served same | 0.50 150.00/hr | 75.00 |
| 9/14/2017 - | JCG | Reviewed emails from Gary Cruickshank regarding proposed revisions to stipulations regarding M. Crowley and T. Crowley | 0.10 375.00/hr | 37.50 |
| - | JCG | Revised settlement stipulation regarding M. Crowley and T. Crowley and drafted email to Gary Cruickshank regarding same | 0.40 375.00/hr | 150.00 |
| 9/18/2017 - | JCG | Reviewed email from Gary Cruickshank regarding stipulation for M. Crowley and T. Crowley | 0.10 375.00/hr | 37.50 |
| - | JCG | Meeting with the liquidating trustee regarding settlement | 0.10 375.00/hr | 37.50 |

March 20, 2018

Invoice #        17277

Case #      2200
Page        16

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/18/2017 - | JCG | Drafted motion to approve settlement stipulation with M. Crowley | 1.20<br>375.00/hr | 450.00 |
| - | JCG | Revised motion to approve settlement with M. Crowley | 0.30<br>375.00/hr | 112.50 |
| 9/21/2017 - | JCG | Drafted email to Gary Cruickshank regarding executed settlement stipulation for M. Crowley and T. Crowley | 0.20<br>375.00/hr | 75.00 |
| 9/26/2017 - | JCG | Drafted and revised motion to approve settlement with Thomas Crowley | 0.70<br>375.00/hr | 262.50 |
| - | MLA | Prepared certificate of service for adversary proceeding with the Crowleys and for settlement with the Crowleys; filed and served same | 1.30<br>150.00/hr | 195.00 |
| 9/27/2017 - | MLA | Prepared certificate of service of objection deadline; filed and served same | 0.80<br>150.00/hr | 120.00 |
| 10/19/2017 - | JCG | Reviewed orders approving settlements with M. Crowley and T. Crowley | 0.10<br>375.00/hr | 37.50 |
| 10/31/2017 - | JCG | Office conference with Liquidating Trustee regarding trial decree and things required to make distribution and close the case | 0.30<br>375.00/hr | 112.50 |
| - | JCG | Reviewed plan, disclosure statement and confirmation order regarding requirement for making distribution and closing case | 0.40<br>375.00/hr | 150.00 |
| For professional services rendered | | | 67.10 | $21,810.00 |

March 20, 2018
Invoice #        17277
Case #      2200
Page        17

Additional Charges :

|  | Amount |
|---|---|
| Court Costs | 700.00 |
| LexisNexis | 634.44 |
| Photocopies | 438.00 |
| Postage | 246.91 |
| Total costs | $2,019.35 |
| | |
| Total amount of this bill | $23,829.35 |
| | |
| Balance due | $23,829.35 |

# SCHEDULE C

## SCHEDULE C

DAVID B. MADOFF (*madoff@mandkllp.com*) previously practiced with the New York law firm of Hughes, Hubbard & Reed and was a partner of Cohn Khoury Madoff & Whitesell LLP in Boston. He received his B.A. in 1985 from Columbia University and his J.D. in 1988 from Boston University School of Law, where he served as an editor of the Boston University Law Review. Mr. Madoff has lectured frequently and written articles for Massachusetts Continuing Legal Education and other associations in the area of bankruptcy litigation. He serves on the panel of Chapter 7 trustees for the District of Massachusetts, Eastern Division. Mr. Madoff has been certified with an AV rating (the highest rating) by Martindale Hubbell Corporation, a national legal networking and rating firm.

JAMES C. GROSS (gross@mandkllp.com) has been a member of the Massachusetts Bar since 1977. He previously was a partner in the Boston law firm of Friedman & Atherton, and, in 1989, became a founding member of the Boston law firm of Klieman, Lyons, Schindler & Gross, where he served as managing partner. He received his B.A. from the University of Rochester in 1972 and his J.D. from Boston University School of Law in 1976. Prior to joining Friedman & Atherton, Mr. Gross served as a law clerk to the Honorable Thomas W. Lawless, Chief Judge of the United States Bankruptcy Court for the District of Massachusetts. He has had extensive experience in representing both debtors and creditors in bankruptcy cases and workouts. Mr. Gross is a member of the Boston Bar Association and has been named as a Massachusetts Super Lawyer by Boston Magazine. Mr. Gross has been granted an "AV" rating from Martindale Hubbell Corporation and has also been designated a "Superlawyer" in peer reviews conducted by Boston Magazine.

STEFFANI PELTON (*pelton@mandkllp.com* ), an associate with the firm, received her B.A. in 2003 from Kent State University and her J.D. in 2006 from Suffolk University Law School. Ms. Pelton's practice focuses on litigation, bankruptcy and commercial litigation and workout arrangements.

MICHELLE L. P. ALSTON (*alston@mandkllp.com*), a paralegal with the firm, previously worked as a paralegal for Cohn Khoury Madoff & Whitesell LLP in Boston, Mirick, O'Connell, DeMallie & Lougee, LLP in their bankruptcy/creditors' rights department and Jillian K. Aylward, Esq., whose law practice dealt primarily with bankruptcy/insolvency. Ms. Alston received her B.S. in 1994 from the University of Massachusetts – Lowell and currently assists David Madoff, Esq., a member of a panel of Chapter 7 Trustees for the District of Massachusetts, Eastern Division.

g:\clients\2200\firm.bio